```
 1  KAREN P. HEWITT
    United States Attorney
 2  JOHN F. WEIS
    Assistant U. S. Attorney
 3  California State Bar No. 82884
    516 Industry Way, Suite C
 4  Imperial, CA   92251
    Telephone: (760) 370-0893 Ext. 13
 5
    Attorneys for Plaintiff
 6  United States of America
```

FILED
JAN 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No.: 08MJ8004 |
| Plaintiff, | ) Statement of Related Case |
| v. | ) |
| CHRISTIAN GUTIERREZ, | ) |
| Defendant. | ) |

The government avers that the above captioned case is related to United States v. Daniel FIGUEROA-Moreno et al, Magistrate Number 08MJ800 /

Dated: January 7, 2008

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*
JOHN F. WEIS
Assistant U. S. Attorney